MARIA LUISA COTTO v. BOROUGH OF CARLSTADT.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J. S.

May 2, 1974. Petition for certification denied.

NORMA BOYD v. DEPARTMENT OF INSTITUTIONS AND AGENCIES, DIVISION OF PUBLIC WELFARE.

May 2, 1974. Petition for certification denied. (See 126 *N. J. Super.* 273).

JOHN J. FITZPATRICK v. BOARD OF ADJUSTMENT OF THE BOROUGH OF ALLENDALE.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED CAPOZZI.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY WILLIAMS.

May 2, 1974. Petition for certification denied.